# DIVIDENDS REMITTED TO THE COURT

Case Number 07-21675 - KEYES, SANDRA M.

*Rec # 7305*
*6/24/10*
*$ 4.41*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 000005 | 204.55 | 4.41 |
| ---------- Remittance Total --------------- | | 204.55 | 4.41 |

C. BRUCE LAWRENCE, Trustee



FILED
JUN 2 4 2010
BANKRUPTCY COURT
ROCHESTER, NY